IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 22 CR 010 JDP |
| WINFIELD AGEE (a.k.a. MONEY), ■■■ | 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 846 |
| Defendants. | |

THE GRAND JURY CHARGES:

## COUNT 1

From in or about November 2010, to on or about July 2020, in the Western District of Wisconsin and elsewhere, the defendant,

WINFIELD AGEE (a.k.a. MONEY),

knowingly and intentionally conspired with others known and unknown to the grand jury, to distribute and to possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

## COUNT 2

From in or about December 2014, to on or about November 25, 2020, in the Western District of Wisconsin and elsewhere, the defendants,

WINFIELD AGEE (a.k.a. MONEY), ■■■

knowingly and intentionally conspired with each other, and others known and unknown to the grand jury, to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(All in violation of Title 21, United States Code, Section 846).

## COUNT 3

1. From in or about December 2018, to in or about May 2020, in the Western District of Wisconsin and elsewhere, the defendants,

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆,

knowingly and intentionally conspired with each other, and others known and unknown to the grand jury, to distribute and to possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. With respect to ▆▆▆▆▆▆▆, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him was 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

(All in violation of Title 21, United States Code, Section 846).

## COUNT 4

On or about April 24, 2020 in the Western District of Wisconsin, the defendant,

▆▆▆▆▆▆▆▆▆▆,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 5

On or about April 24, 2020 in the Western District of Wisconsin, the defendant,

█████████,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 6

On or about April 26, 2020 in the Western District of Wisconsin, the defendant,

█████████

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 7

On or about April 26, 2020 in the Western District of Wisconsin, the defendant,

█████████,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 8

On or about April 30, 2020 in the Western District of Wisconsin, the defendant,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 9

On or about April 30, 2020 in the Western District of Wisconsin, the defendant,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 10

On or about May 5, 2020 in the Western District of Wisconsin, the defendant,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 11

On or about May 5, 2020 in the Western District of Wisconsin, the defendant,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 12

On or about May 6, 2020 in the Western District of Wisconsin, the defendant,

███████████,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 13

On or about May 6, 2020 in the Western District of Wisconsin, the defendant,

███████████,

knowingly and intentionally distributed a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

## COUNT 14

On or about November 25, 2020, in the Western District of Wisconsin, the defendant,

███████████,

knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 846).

## COUNT 15

On or about February 24, 2021, in the Western District of Wisconsin, the defendant,

,

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 01-05-2022

_____
TIMOTHY M. O'SHEA
United States Attorney